UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

JONATHAN JOJOLA                                                  PLAINTIFF

v.                                                          CIVIL ACTION NO. 5:12CV-140-R

JAMES EAGAN HOLMES *et al.*                              DEFENDANTS

### MEMORANDUM OPINION

By Order entered October 9, 2012, the Court ordered Plaintiff Jonathan Jojola, *pro se*, to complete a new application to proceed without prepayment of fees, finding his application lacking in information needed for this Court to adequately determine whether he meets the requirements for *in forma pauperis* status (DN 4). The Court warned that Plaintiff's failure to file the new application within 21 days would result in dismissal of the action for failure to prosecute. The 21 days have passed without any response by Plaintiff.

Rule 41(b) of the Federal Rules of Civil Procedure authorizes the involuntary dismissal of an action if a plaintiff fails to prosecute or to comply with an order of the court. *See Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991) ("Fed. R. Civ. P. 41(b) recognizes the power of the district court to enter a *sua sponte* order of dismissal."). Although federal courts afford *pro se* litigants some leniency on matters that require legal sophistication, such as formal pleading rules, the same policy does not support leniency from court deadlines and other procedures readily understood by laypersons, particularly where there is a pattern of delay or failure to pursue a case. *Id.* at 110.

Because Plaintiff failed to comply with an Order of this Court, the Court concludes that he has abandoned any interest in prosecuting this action.

The Court will enter a separate Order of dismissal.

Date:

cc:     Plaintiff, *pro se*
4413.005